**Shalev Amar (022332)**
**samar@amarlawgrp.com**
**Amar Law Group, PLLC**
**40 W. Baseline Road, Suite 208**
**Tempe, AZ 85283**
**(480) 237-2744**
**(866) 226-1333 (facsimile)**
**Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| **James and Darlene Southern,** | Case No.: 2:18-cv-03119-DJH |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **Forest River, Inc. d/b/a Coachmen, and Totom RV and Sales, LLC d/b/a Scottsdale RV,** | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that that the above-entitled matter has been settled. The parties will submit a Stipulation to Dismiss all claims with Prejudice and a proposed Dismissal Order once settlement terms are completed. Plaintiffs respectfully request that the Court retain jurisdiction over this matter until that time.

**RESPECTFULLY SUBMITTED** this 26th day of February, 2019.

By: /s/*Shalev Amar*
    Shalev Amar
    Amar Law Group, PLLC
    40 W. Baseline Rd., Suite 208
    Tempe, AZ 85283
    Attorneys for Plaintiffs

Notice of Settlement- 1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 26, 2019, I electronically transmitted the above Notice of Service to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kerry M. Griggs
The Cavanagh Law Firm
1850 N. Central Ave. Suite 2400
Phoenix, AZ 8500
KGriggs@CavanaghLaw.com

By: /s/*Shalev Amar*