# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Southern, et al., | No. CV-18-03119-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Forest River Incorporated, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Settlement (Doc. 21), filed on February 26, 2019. Accordingly,

**IT IS ORDERED** that a Stipulation to Dismiss shall be filed on or before <u>May 3, 2019</u>. If a Stipulation to Dismiss has not been filed by this deadline, the parties shall file a Status Report to the Court on that date.

Dated this 28th day of February, 2019.

Honorable Diane J. Humetewa
United States District Judge