1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Kerry M. Griggs, SBN 016519
kgriggs@cavanaghlaw.com
Levi T. Claridge, SBN 032582
lclaridge@cavanaghlaw.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James and Darlene Southern,<br><br>Plaintiffs,<br><br>v.<br><br>Forest River, Inc., d/b/a Coachmen and Totom RV and Sales, LLC d/b/a Scottsdale RV,<br><br>Defendants. | Case No.: 2:18-cv-03119-DJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs and Defendants, by and through undersigned counsel, hereby stipulate that the entirety of this matter be dismissed with prejudice, each party to bear its own respective costs and attorneys' fees.

DATED this 12th day of March, 2019.

THE CAVANAGH LAW FIRM, P.A.

By: _/s/ Kerry M. Griggs_
Kerry M. Griggs
Levi T. Claridge
*Attorneys for Defendant*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AMAR LAW GROUP, PLLC

By:___*/s/Shalev Amar (with permission)*_____
        Shalev Amar
        *Attorneys for Plaintiffs*

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000